760 S.E.2d 802

**The STATE, Petitioner,**

v.

**Shawn Antonio MILLER, Respondent.**

Appellate Case No. 2012–212350.

Supreme Court of South Carolina.

July 1, 2014.

## ORDER

We granted a writ of certiorari to review the Court of Appeals' opinion in *State v. Miller*, 397 S.C. 630, 632, 725

S.E.2d 724, 725 (Ct.App.2012). We now dismiss the writ of certiorari as improvidently granted and further direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.